```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    EDER MARRUFO-NOVELO
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:13-mj-00157-KJN |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| EDER MARRUFO-NOVELO, | ) Date: August 26, 2013 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Kendall J. Newman |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, ASHWIN JANAKIRAM, Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for EDER MARRUFO-NOVELO, that the Court vacate the court trial on June 17, 2013 at 9:00 a.m. and set a new court trial on August 26, 2013 at 9:00 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance, outweigh the best interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution. 18 U.S.C. § 3161(h)(7)(A)and(B)(iv) [Local Code T4].

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through August 26, 2013, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A)and(B)(iv) [Local Code T4].

Dated: June 12, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
EDER MARRUFO-NOVELO

Dated: June 12, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Ashwin Janakiram
ASHWIN JANAKIRAM
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: June 12, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE